UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

BERNARD SORRENTINO,


                                Plaintiff,

                                                        DECISION AND ORDER

                                                        05-CV-6144L(P)

                v.

BARR LABORATORIES,


                                Defendant.
_____


        By affidavit filed August 12, 2005 (Dkt. #32), plaintiff requests additional time to respond

to defendant's motion for summary judgment.  That request is granted and plaintiff must file any

response to the motion by October 7, 2005.

        IT IS SO ORDERED.


                                        _____
                                               DAVID G. LARIMER
                                             United States District Judge


Dated: Rochester, New York
        September 8, 2005.